U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
November 01, 2007
Clerk, U.S. Bankruptcy Court

**Below is an Order of the Court.**

_ELIZABETH PERRIS_
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>David B Lorenz,<br>**Other names used by debtor:** DNT Trucking Inc., DNT Transportation Inc., DNT Trucking/84 Lumber<br><br>Debtor. | Case No.: 07−30593-elp7<br><br>ORDER DENYING UNITED STATES TRUSTEE'S MOTION TO DISMISS |

This matter came before the court for an evidentiary hearing on October 29, 2007 on the United States Trustee's motion to dismiss pursuant to 11 USC 707(b)(3). The United States Trustee appeared through Assistant United States Trustee Pamela J. Griffith. David Lorenz appeared personally and through his attorney Bret Knewtson. For the reasons stated orally on the record at the time of the hearing, now, therefore,

IT IS HEREBY ORDERED that the United States Trustee's motion to dismiss is denied.

### ### ###

Submitted by

/s/ Bret Knewtson
   Bret Knewtson OSB 03355
   Attorney for Debtor